IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN PATRICK SMILEY,<br><br>Defendant. | MEMORANDUM DECISION AND ORDER DENYING DEFENDANT'S MOTION FOR RELEASE OF FILE<br><br>Case No. 2:08-CV-264 TS |

Defendant moves for an order requiring his former counsel to release his records to him or to his family member for the purpose of assisting with his defense of new charges filed in another jurisdiction. This case is closed and the Court has no further jurisdiction. Defendant's new counsel in his new case will be able to assist him in any discovery requests such new counsel deems necessary. It is therefore

ORDERED that Defendant's Motion to Compel release of his file by his former attorney (Docket No. 132) is DENIED.

DATED August 17, 2010.

BY THE COURT:

_____
TED STEWART
United States District Judge